**No. 55459.**—Railway Express Agency *v.* United States, protest 167810–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE THIRD DIVISION, APRIL 10, 1951

**No. 55460.**—Natl. Distillers Product Corp. *v.* United States, protest 909048–G (Cleveland).

Opinion by EKWALL, J. It was stipulated that the protest is abandoned insofar as it relates to the spirits contained in 25 barrels, Nos. 504 to 528, inclusive, covered by warehouse withdrawal entry No. 178, dated October 29, 1936, the subject of warehouse entry No. 144. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained except as to the merchandise noted above. To that extent the protest was overruled.

**No. 55461.**—V. Casazza & Bro., Inc., et al. *v.* United States, protests 64122–K, etc. (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 55462.**—Eric G. Mantius and Smart Lingerie Co., Inc. *v.* United States, protests 166782–K and 108528–K (New York).

Opinion by EKWALL, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, APRIL 12, 1951

**No. 55463.**—F. W. Berk & Co., Inc., et al. *v.* United States, protests 157785–K, etc. (New York).

Opinion by COLE, J. The protests were dismissed.

**No. 55464.**—The Tupman Thurlow Co., Inc. *v.* United States, protest 167489–K (New York).

Opinion by COLE, J. The protest was dismissed.

**No. 55465.**—Gerard J. Danco, Inc., and Ignaz Strauss & Co., Inc. *v.* United States, protests 149921–K and 166364–K (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.